## United States District Court
### Violation Notice

CVB Location Code: VS60

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3173334 | Herndon | 947 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 8/9/2013 22:38
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36 CFR 4.14(b)
Place of Offense: Meadow Creek Road / S. Riverside Rd
Offense Description; Factual Basis for Charge: Open Container of Alcohol (Passenger)
HAZMAT ☐

**DEFENDANT INFORMATION**
Last Name: Cales
First Name: Mark
M.I.: E.

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| OUX231 | WV | 93 | Nissan/Frontier | ☐ | BLK |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$50.00 Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $75.00 Total Collateral Due

**YOUR COURT DATE**
Court Address: Federal Building District Court, 110 N. Heber Street, Beckley, WV 25801
Date: 10/8/2013
Time: 10:00 A.M.

X Defendant Signature: [signature]
(Rev. 01/2011) Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on August 9, 2013 while exercising my duties as a law enforcement officer in the Southern District of West Virginia

While on patrol on South Riverside Road within the boundaries of the New River Gorge National River, Ranger Keach and I made a traffic stop on a black 1993 Nissan Frontier (WV OUX 231) with two Caucasian males not wearing their seatbelts. Ranger Keach contacted the occupants and found the passenger identified as CALES, Mark E. had an open container of alcohol (CARONA EXTRA 24 Fl. Oz bottle).

I issued CALES a citation for open container of alcohol under 36 CFR 4.14(b).

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8/11/2013  Eric Herndon
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident